SHERIFF'S ENTRY OF SERVICE

Civil Action No. *14CV 7986-1*

Date Filed *Aug. 13, 2014*

Attorney's Address

*Sims M. Jinks pro-se'*
*3913 Cougar Court*
*Ellenwood, Ga. 30294*

Name and Address of Party to be Served

*McCalla Raymer LLC*
*1544 Old Alabama Rd.*
*Roswell, Ga. 30076*

SUPERIOR COURT

GEORGIA, FULTON COUNTY

*Sims M. Jinks*

_____
                                    Plaintiff

VS.

*Onewest Bank FSB et. al.*

_____
                                    Defendant

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐

I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐

I have this day served the defendant _____ by leaving a copy of the action and summons at this most place notorious place of abode in this county.

Delivered same into hands of _____ described as follows age, about____ years; weight, about____ pounds; height about___ feet and___ inches, domiciled at the residence of the defendant.

**CORPORATION** ✗

Served the defendant *McCalla Raymer LLC* _____ a corporation by leaving a copy of the with in action and summons with *Ken Alton* _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon continuing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This ____*20*____ day of ____*Aug*____ 20 *14*.

_____
                                    DEPUTY

SHERIFF DOCKET_____ PAGE _____

FILED
2014 SEP -2 AM 9: 37
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

WHITE - CLERK; CANARY - PLAINTIFF; PINK - DEFENDANT

**MAGISTRATE COURT OF DEKALB COUNTY**

**DISPOSSESSORY WARRANT**

**Plaintiff's Name and Address**

**Plaintiff's Attorney and Address**
**Ga. Bar No.**

**VS.**

**Defendant's Name and Address**

Deposit Paid $

No.

Personally appeared the undersigned who upon oath says that he is (owner), (attorney at law), (agent), (attorney in fact) for the owner of said premises, and that Defendant is in possession as tenant of premises at the above address in DeKalb County.
**FURTHER:**
❑　　That said tenant fails to pay rent now due thereon;
❑　　That said tenant is holding said house and premises over and beyond the term for which the same was rented or leased to him;
❑　　That said tenant is a tenant at sufferance;

The said owner desires and has demanded possession of said house and premises, and the same has been refused by the said defendant and affiant makes this affidavit that a warrant may issue for the removal of said defendant together with his property from said house and premises.

**PLAINTIFF PRAYS:**
(a) judgment for the past due rent in the amount of $_____ ;
(b) rent accruing up to the date of judgment or vacancy at the rate of $_____ per _____
(c) other _____

**SUMMONS**

TO THE MARSHAL of the State Court of DeKalb County or his lawful deputies, GREETINGS:

The defendant herein is hereby commanded and required personally or by attorney to file with the Clerk of the Magistrate Court of DeKalb County, 2nd Floor, Suite 270, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough St., Decatur, Georgia within seven (7) days from the date of service of the within affidavit and summons (or on the first business day thereafter if the seventh day falls on Saturday, Sunday or legal holiday) then and there to answer said affidavit in writing or orally. If such answer is not made to said affidavit on or before the ____ day of _____, 20__, a writ of possession shall issue instanter as by law provided, and a judgment by default will be taken against you for all rents demanded in the complaint.

**Witness, the Honorable Winston P. Bethel, Judge of said Court**

Sworn to, subscribed and filed before me, this:

By: _____
Deputy Clerk

Affiant _____

Phone No. _____

Notary Public

**MARSHAL'S ENTRY OF SERVICE**

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:
❑　　Personally　　　　　　　　　　❑　　Defendant not found in the jurisdiction of this Court
❑　　To a person sui juris residing on the premises (Name) _____
　　　　Age _____ Wt. _____ Ht. _____
☑　　By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice to the Defendant(s) to answer at the place stated in said summons.

DATE OF SERVICE _____, 20__. _____ Deputy Marshal

magdispo2008

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

14cv7986-1

Sims M. Jinks pro-se'

_____
Plaintiff

Federal Deposit Insurance
Anthony E. Truitt
OneWest Bank FSB, et al.
Accredit Home Lenders, Inc. et al.
McCalla Raymer LLC
Indymac Mortgage Services
A Division of OneWest Bank
J. Michalle Farrakhan, et al.
Defendant

## SUMMONS

### TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is: Sims M. Jinks pro-se'
3913 Cougar Court
Ellenwood, Georgia
30294

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, or if service by publication within 60 days of judges order of publication, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 12th day of Aug , 20 14 .

Debra DeBerry
Clerk of Superior Court

By _____
Deputy Clerk

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

# IN THE SUPERIOR COURT OF DEKALB
## STATE OF GEORGIA

SIMS M. JINKS pro-se'              )
    Plaintiff,              )
                        )    CIVIL ACTION NO: _14 07786-1_

    VS.              )
                        )

ONEWEST BANK  FSB, et al.,              )
ACCREDIT HOME LENDERS, INC. et al.              )
McCALLA RAYMER LLC;              )
INDYMAC MORTGAGE SERVICES,              )
A DIVISION OF ONEWEST BANK,              )
FSB; FEDERAL DEPOSIT INSURANCE              )
CORPORATION; AND MORTGAGE              )
ELECTRONIC REGISTRATION SYSTEMS, INC.,              )
J. Michalle Farrakhan , et. al.              )
Anthony E. Truitt , et al.              )

        Defendants

---

## COMPLAINT FOR PERMANENT INJUNCTION FOR CEASE AND DESIST ANY AND ALL FORECLOSURE AND COLLECTION ACTIVITY IN ANY AND EVERY FORM, INCLUDING REPORTING ANY PAYMENT ACTIVITIES AND OTHER EQUITABLE RELIEF

---

COME NOW, Sims M. Jinks, pro-se' Plaintiff in the above-entitled Complaint  respectfully move this Honorable Court for an order for a jury trial for monetary award and  relief. The Plaintiff Sims M. Jinks are seeking injunctive relief and any other relief as this Honorable Court deems just and equitable issued against the Defendants pursuant Georgia Contract Laws and also pursuant to O.C.G.A. & 26-2501 and pursuant to O.C.G.A. 11-3-306 and 305 and Title U.S.C. 1601 et seq.. Also, Fair Business Practice Act and Federal Trade Commission

Business Practice as well as Federal and states Predatory Lending Acts and Practice. Plaintiff's Sims M. Jinks claim demand the amount of 3.5 million dollars plus filing cost to date and all future costs of this suit and jury demand. In support of hereof, Plaintiffs Sims M. Jinks states as follows:

## STATEMENT OF JURISDICTION

1. This Court has jurisdiction over the subject matter of this case, and there is good cause to believe it will have jurisdiction over the parties.

2. Venue lies properly with this Court.

3. Plaintiff's Sims M. Jinks asserts that there is good cause to believe that Appellees has engaged in, and is likely to engage in the future acts and practices that violate Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), and that the Plaintiff's Sims M. Jinks is therefore likely to prevail on the merits of this action.

## PARTIES

**PLAINTIFF'S**

Sims Jinks pro-se'
3913 Cougar Court
Ellenwood, Georgia 30294

**DEFENDANT'S**

IndyMac Bank, F.S.B.
190 Technology PWY Suite 100
Norcross, GA 30092

IndyMac Mortgage Services
6900 Beatrice Drive
Kalamazoo, MI 49009

2

CitiMortgage, Inc.
1000 Technology Dr. MS 514
O'Fallon, MO 63368-2240

One West Bank FSB, et al.
Steven J. Flynn Georgia Bar No: 313040
900 Holcomb Woods Parkway
Roswell, Georgia 30076

One West Bank FSB, et al.
Federal Deposit Insurance Corporation
Michelle Ognibene DC Bar No: 978286
3501 Fairfax Drive, VS-7144
Arlington, VA 22226

Attorney  McCalla Raymer LLC
1544 Old Alabama Road
Roswell, Georgia 30076

Mortgage  Electronic  Registration Systems, Inc.
1818 Library Street Suite 300
Reston, VA 20190

Accredit Home Lenders, Inc.
15090 Avenue  of  Science
San Diego, CA 9212

J. Michalle Farrakhan , et. al.
Great Atlanta Realty
3473 Satellite Blvd.
Duluth, Ga. 30096

Anthony E. Truitt , et al.
Metro Broker GMAC
Atlanta, Ga.

3

## STATEMENT OF FACT

In or about 2nd day of August 2007 Mr. Keith Berry agreement to sale his house on 3913 Cougar Ct. in Ellenwood, Georgia for 138,500.00 to Sims M. Jinks Jr. the Plaintiff in above-style case he had the house appraisal. Mr. Sims M. Jinks has to paid $ 4,038.00 dollars in good faith money. On the contract that Mr. Sims M. Jinks and Mr. Keith Berry enter and singed were 6.6% interest rate and with the Selling Broker receiving 3% percent commission from Great Atlanta Realty and the Listing Broker receiving 3% commission from Metro Brokers GMAC and the On August 2nd, 2007 Plaintiff was informed at purchase that he would be getting loan amount 95% percent of the purchase price of property term of 30 years interest rate at par of 6.25 percent. On August 1,6th, 2007 Indymac Bank F.S.B. came up with a new percent rate of 9.486% percent. Mr. Sims M. Jinks was informed at the time that he will be able to refinance in the near future but when he tried to refinance they stated playing games stating that they did not get the papers for the refinance for over the year. Nevertheless, Mr. Sims M. Jinks on October 30th , 2013 filed a Complaint in Dekalb County Superior Court on the Defendant's for their  action and Defendant's  failed to respond there 30 day to as required by law, and Plaintiff's filed for   default. Because the Defendant's having failed to respond back to answer complaint in a time manner. However, the Defendant respond to the default motion. On August 7, 2014 the Defendant's and Plaintiff's were call to court and Plaintiff's Sims M. Jinks was informed by the Honorable Judge Courtney L. Johnson, that it looked like the Defendant's have not  been duly and lawfully served at this time. However, Prestige MJ Realty, LLC stated that they have foreclosure on August 8, 2014.

4

## NATURE OF THE DISPUTE

This dispute  arise out of Predatory Lending Acts and Practice and an unlawful transaction on the sale of property on 3913 Cougar Court Ellenwood, GA 30294.  In or about 2nd day of August 2007 Keith Berry agreement to sale his house on 3913 Cougar Ct. in Ellenwood, Georgia for 138,500.00 to Sims M. Jinks Jr. paid about $15,279.11 down payment $500.00 earnest money 355.00 for appraisal fee total of -$16,134.11 take that from sales price of the house $138,500.00 would leave 122,366.00  but on August 29, 2007 one contract states $124,650.00 needed for the  loan. See that a difference of 2,284.00 dollars for no reasons Exhibit "A" Settlement Statement  On August 29, 2007  they states that Mr. Sims still needs $124,650.00  for loan on the Security Deed See Exhibit "B" Security Deed  but the Defendant's showed Plaintiff's Sims M. Jinks on the Lending Disclosure Statement $120,693.85 needed for loan See Exhibit "C" Lending Disclosure Statement  but they changed the percentage rate to 9.915% bring the house to $354,616.61 you mean to tell Mr. Sims that he would pay $354,616.60 to a contract that he enter for at 6.25 percentage rate for the loan 120,693.61. They changed the percentage rate as will.


## II. UNAUTHORIZED PRACTICE OF LAW

The Georgia Supreme Court, in a unanimous opinion, decided that the preparation and execution of a deed of conveyance for another and the facilitation of its execution by anyone other than a licensed Georgia attorney constituted the unauthorized practice of law. 2 The ruling put an end to the issue of whether "witness-only closings" would violate the rule prohibiting the unauthorized practice of law. 3 The court noted that it had previously issued formal advisory

opinions which confirmed that a lawyer cannot delegate responsibility for the closing of a real estate transaction to a non-lawyer and required the physical presence of an attorney for the preparation and execution of a deed of conveyance (including, but not limited to, a warranty deed, limited warranty deed, quitclaim deed, security deed, and deed to secure debt). 4 The proponents of "lay conveyancing" (described by the court as "the practice by which non-lawyers close real estate transactions, provide settlement services, or select, prepare and complete certain real estate closing *documents")* 5 or witness only closings (described by the court as closings where "notaries, signing agents and other individuals who are not a party to the real estate closing preside *lover* the execution of the deeds of conveyance and other closing documents, but purport to do so merely as a witness and notary, not as someone who is practicing law'"), 6 argued that requiring the services of a Georgia attorney for real estate closings and the execution of deeds of conveyance harmed the public interest by increasing costs and stifling competition. 7 The court rejected this argument, determining that the public interest was best protected when an attorney trained to recognize the issues at closing oversees the transaction. 8 The court stated that should attorneys fail in their duties, the attorneys could be held accountable through a malpractice or bar disciplinary action. 9 "In contrast, the public has little or no recourse if a non-lawyer fails to close the transaction. The hold contract and transaction is on good. On August 16, 2007 they have two different 9.486 percentage rate on disclosure statement and 9.250 percentage rate good faith estimate See Exhibit **"F" and "C"** for no reasons. On August 29, 2007 they have two different loan one said Mr. Sims need 120,693.85 and the other one states 124,650.00 what rate that they use on Mr. Sims Exhibit **"A" and "B"** for no reasons. On August 5, 2007 Mr. Sims was lock in on 6.25 percentage rate with five witness See Purchase and

6

Sale Agreement Exhibit **"D"**

## 1.   ARGUMENT

### A. Sims M. Jinks Entitled To Due Process Protections

The Due Process Clause states, "No person shall be ….. deprived of life, liberty, or property without due process of law."   U.S. Const. Amend. V. These protections extent to foreign corporations. See e.g., Intern'l **Shoe Co. v. Wash. Office of Unemployment Compensation and Placement** 326 U.S. 310 (1945); **Helicopteros Nacionales de Colombia, S.A. v. Hall** 466 U.S. 408, 418-19(1984). In short, a crime victim has protected property interests in the rights enumerated in the CVRA. **Jeffries,** 678 F.2d at 926 (due process interest may be established through the construction of statutes and regulations which define the interest asserted).

Federal   government   seize Indymac Mortgage,   as well   taken over by federal regulators July 13, 2008. That explain their action a little but the Plaintiff's still can not get help, and  believes that they are  still trying to foreclosure on his property.  Sims M. Jinks received a letter from attorney McCalla Raymer, LLC 1544 Old Alabama Road, Roswell, Georgia 30076 stating that they are going to sale the house on the first Tuesday in August , 2014 Dekalb County Courthouse step  See: **"K"**  Nevertheless, attorney McCalla Raymer knew about everthing  See: Exhibit **"G"**. and Appearance of  Counsel filed Exhibit **"I"**. That intentional infliction emotional distress on the Appellant. How can a business operate in bankruptcy without violating bankruptcy laws.  Indymac Mortgage went out of business July 12, 2008.  On June 5, 2014 Federal Government past Correcting Foreclosure Practices will that apply to this situation at hand.

7

## 2. ARGUMENT

### B. Plaintiff's  Was Deprived Of A Meaningful Opportunity To Be Heard. .

The central meaning of procedural due process" is the right to "notice" and an opportunity to be heard "at a meaningful time and in a meaningful manner".

---

Harm the corporation, the agent has forsaken the corporation and acts only for Himself"); *LanChile Airlines v, Conn. Gen Life Ins.* 759 F. Supp. 811, 814 (S.D. Fla. 1991); Munroe v. Harriman, 85 F.2d 493, 495 (2d Cir. 1936) (Where an agent, though ostensibly acting in the business of the principal, is really committing a fraud, for his own benefit, he is acting outside of the scope of his agency...") Freeman v. Dean Witter Reynolds, Inc., 865 So. 2d 543, 550 (Fla. 2d DCA 2003).   Neither the District Court, DOJ, nor Defendants addressed this well- established legal principle.

See also U.S. v. Lovett, 811 F.2d 979985 (7th Cir. 1987); U.S. v. George, 477 F.2d 508, 513 (7th Cir. 1973); In re Salem Mills, Inc., 881 F. Supp. 1109, 1116 17 (N.D. Ill 1995); Williams Elecs. Games, Inc. v. Garrity, 366 F.3d 569, 575 (7th Cir. 2004); U.S. v. Rybicki, 354 F.3d 124, 139 (2d Cir. 2003); U.S. v. McNair, 605 F.3d 1152 (11th Cir. 2010).

---

**Fuentes v. Shevin**, 407 U.S. 67, 82 (1972). The "extent to which procedural due process must be afforded the recipient is influenced by the extent to which he may be condemned to suffer grievous loss." **Goldberg, U.S**. at 263; **Eldridge**, 424 U.S. at 332 ("The right to be heard before being condemned to suffer grievous loss of any kind, even though it may not involve the stigma and hardship of a criminal conviction, is a principle basic to our society."). As explained by the U.S. Supreme Court:

> [I]n almost every setting where important decisions turn on questions
> Of fact, due process require an opportunity to confront and cross-
> examine adverse witnesses:

8

## 3  ARGUMENT

Plaintiff's Sims M. Jinks, do not know who to deal with, the contract and agreement was enter with IndyMac Mortgage Services. However, receives letters from IndyMac Mortgage Services, One West Bank FSB, CitiMortgage, Inc., Accredited Home Lender Inc. and Mortgage Electronic Registration Systems Inc. See: Exhibit **"J" "K" "I"**

## CONCLUSION

WASHINGTON - U.S. Attorney General Eric Holder, Department of Housing and Urban Development CHUD) Secretary Shaun Donovan, Iowa Attorney General Tom Miller and Colorado Attorney General John W. Suthers announced today that the federal government and 49 state attorneys general have reached a landmark $25 billion agreement with the nation's five largest mortgage servicers to address mortgage loan servicing and foreclosure abuses. The agreement provides substantial financial relief to homeowners and establishes significant new homeowner protections for the future. The unprecedented joint agreement is the largest federal-state civil settlement ever obtained and is the result of extensive investigations by federal agencies, including the Department of Justice, HUD and the HUD Office of the Inspector General CHUD-OIG), and state attorneys general and state banking regulators across the country, The joint federal-state group entered into the agreement with the nation's five largest mortgage servicers: Bank of America Corporation, JPMorgan Chase & Co., Wells Fargo & Company, Citigroup Inc. and Ally Financial Inc. (formerly GMAC). "This agreement - the largest joint federal-state settlement ever obtained - is the result of unprecedented coordination among enforcement agencies throughout the government: said Attorney General Holder. "It holds mortgage servicers accountable for abusive practices and requires them to commit more than $20 billion towards financial relief for consumers. As a result, struggling homeowners throughout the country will benefit

9

from reduced principals and refinancing of their loans. The agreement also requires substantial changes in how servicers do business, which will help to ensure the abuses of the past are not repeated." "This historic settlement will provide immediate relief to homeowners - forcing banks to reduce the principal balance on many loans, refinance loans for underwater borrowers, and pay billions of dollars to states and consumers," said HUD Secretary Donovan. " Banks must follow the laws. Any bank that hasn't done so should be held accountable and should take prompt action to correct its mistakes. And it will not end with this settlement. One of the most important ways this settlement helps homeowners is that it forces the banks to clean up their acts and fix the problems uncovered during our investigations. And it does that by committing them to major reforms in how they service mortgage loans. These new customer service standards are in keeping with the Homeowners Bill of Rights recently announced by President Obama - a single, straightforward set of commonsense rules that families can count on."

"This monitored agreement holds the banks accountable, it provides badly needed relief to homeowners, and it transforms the mortgage servicing industry so now homeowners will be protected and treated fairly," said Iowa Attorney General Miller. "This settlement has broad bipartisan support from the states because the attorneys general realize that the partnership with the federal agencies made it possible to achieve favorable terms and conditions that would have been difficult for the states or the federal government to achieve on their own," said Colorado Attorney General Suthers. The joint federal-state agreement requires servicers to implement comprehensive new mortgage loan servicing standards and to commit $25 billion to resolve violations of state and federal law. These violations include servicers' use of "robe-signed" affidavits in foreclosure proceedings; deceptive practices in the offering of loan modifications; failures to offer non-foreclosure

10

alternatives before foreclosing on borrowers with federally insured mortgages; and filing improper documentation in federal bankruptcy court. who perpetrate financial crimes, combat discrimination in the lending and financial markets, and recover proceeds for victims of financial crimes. For more information about the task force, visit: implementation of the servicing standards required by the agreement; impose penalties of up to $1 million per violation (or up to $5 million for certain repeat violations); and publish regular public reports that identify any quarter in which a servicer fell short of the standards imposed in the settlement. The agreement resolves certain violations of civil law based on mortgage loan servicing activities. The agreement does not prevent state and federal authorities from pursuing criminal enforcement actions related to this or other conduct by the servicers, The agreement does not prevent the government from punishing wrongful securitization conduct that will be the focus of the new Residential Mortgage- Backed Securities Working Group. The United States also retains its full authority to recover losses and penalties caused to the federal government when a bank failed to satisfy underwriting standards on a government-insured or government-guaranteed loan. The agreement does not prevent any action by individual borrowers who wish to bring their own lawsuits. State attorneys general also preserved, among other things, all claims against the Mortgage Electronic Registration Systems (MERS), and all claims brought by borrowers. Investigations were conducted by the U.S. Trustee Program of the Department of Justice, HUD-OIG, HUD's FHA, state attorneys general offices and state banking regulators from throughout the country, the U.S. Attorney's Office for the Eastern District of New York, the U.S. Attorney's Office for the District of Colorado, the Justice

Department's Civil Division, the U.S. Attorney's Office for the Western District
of North Carolina, the U.S. Attorney's Office for the District of South Carolina, the
U.S. Attorney's Office for the Southern District of New York, SIGTARP and
FHFA-OIG. The Department of Treasury, the Federal Trade Commission, the
Consumer Financial Protection Bureau, the Justice Department's Civil Rights
Division, the Board of Governors of the Federal Reserve System, the Federal
Deposit Insurance Corporation, the Office of the Comptroller of the Currency, the
Department of Veterans Affairs and the U.S. Department of Agriculture made
critical contributions. For more information about the mortgage servicing
settlement, go to find your state attorney general's website, go to and click on "The
Attorneys General. $n$ The joint federal-state agreement is part of enforcement
efforts by President Barack Obama's Financial Fraud Enforcement Task Force.
President Obama established the interagency Financial Fraud Enforcement Task
Force to wage an aggressive, coordinated and proactive effort to investigate and
prosecute financial crimes. The task force includes representatives from a broad
range of federal agencies, regulatory authorities, inspectors general and state and
local law enforcement who, working together, bring to bear a powerful array of
criminal and civil enforcement resources. The task force is working to improve
efforts across the federal executive branch, and with state and local partners, to
investigate and prosecute significant financial crimes, ensure just and effective
punishment for those. Sims M. Jinks   in this matter   had approached the
Defendants and his  by certify mail trying to work with the Defendant as required
by law in good faith to get a understanding about this situation. However, the
Defendants fail to respond back showing badly and blatantly bad faith and a lack
of respect for the laws of Georgia leaving the Plaintiffs with no alternative but to
seek the court.  For an injunction restraining such person and that person's agents,

employees, partners, officers, and directors from continuing such act, practice, or transaction or from doing any acts in furtherance thereof and for the appointment of a receiver or an auditor and such other and further relief as the facts may warrant.

WHEREFORE, Plaintiffs Sims M. Jinks prays that this honor Court Grant the following relief:

(a) That this Court grant one million dollars from "ONEWEST BANK" et al. in individual and professional capacity for emotional disturbance damages and punitive damages as well as inficition of emotional distress

(b) That this Court grant one million dollars from "INDYMAC MORTGAGE SERVICE in individual and professional capacity for emotional disturbance damages and punitive damages inficition of emotional distress

(c) That this Court grant one million dollars "John Doe" et al. REALTY AND BROKERS in individual and professional capacity for emotional disturbance damages and punitive damages as well as inficition of emotional distress

(d) That the Court grant one million dollars from for negligent inficition of emotional distress and breach of contract to sell Plaintiff's.

13

(e)Court grant such other relief as is just and proper.

**(f)STIPULATED TEMPORARY RESTRAINING:**

(g)  Plaintiffs reserves the right to supplement this suit with additional grounds for relief within an amended of names of "John Doe et al." prior to the hearing on this matter

(h)That this Court grant such other relief as is just and proper

On August _12th_, 2014

Sims M. Jinks  pro-se
3913 Cougar Court
Ellenwood, Georgia 30294

FILED
2014 AUG 12  PM 2: 03
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

14

# TRUTH IN LENDING DISCLOSURE STATEMENT

DATE: **August 29, 2007**       LOAN #: **127735734**

CREDITOR: **INDYMAC BANK, F.S.B.**

NAME OF BORROWER(S): **SIMS M JINKS JR.**

MAILING ADDRESS: **4770 THOMPSON MILL RD   LIVE WITH FA, LITHONIA, GA 30038**

PROPERTY ADDRESS: **3913 COUGAR COURT, ELLENWOOD, GA 30294**

| ANNUAL PERCENTAGE RATE The cost of your credit at a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | AMOUNT FINANCED The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| **9.915**% | $ **233,922.76** | $ **120,693.85** | $ **354,616.61** |

Your payment schedule will be:   **monthly, as follows**

Construction Loan:   ☐ If checked, this loan provides for interest-only payments during the construction period. Beginning _____, you will make periodic interest-only payments during the construction period, followed by payments of principal and interest as scheduled below.

| Number of Payments | Amount of Payments | When payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| 60 | 1,155.30 | 10/01/2007 | | | | | | |
| 60 | 1,054.05 | 10/01/2012 | | | | | | |
| 12 | 944.99 | 10/01/2017 | | | | | | |
| 227 | 924.21 | 10/01/2018 | | | | | | |
| 1 | 920.06 | 09/01/2037 | | | | | | |

**Demand Feature:** ☒ This loan does not have a Demand Feature. ☐ This loan has a Demand Feature.

**Variable Rate:** ☒ If checked, this loan contains a variable rate feature. Disclosures about the variable rate feature were provided to you earlier.

**Assumption:** Someone buying your property ☐ cannot, unless otherwise provided by federal law, ☒ may, subject to conditions, be allowed to assume the remainder of the loan on the original terms.

**Security:** You are giving a security interest in the property located at: **3913 COUGAR COURT, ELLENWOOD, GA 30294**

You are giving a security interest in: **The Property Being Purchased.**

**Late Charge:** If a payment is not received by the end of **15** days after the date it is due, you will be charged **5.00** % of the overdue payment.

**Prepayment:** If you pay this loan early you ☐ may ☒ will not have to pay a penalty. If you pay off an FHA insured loan, on a date other than the regular installment date, you may be assessed interest charges until the end of the month. You ☐ may be or ☒ will not be entitled to a refund of part of the finance charge.

**Deposit:** ☐ If checked, the annual percentage rate does not take into account your required deposit.

**Property Insurance:** Property insurance is required on this loan. Flood insurance may be required if the property is located in a area designated as an area having special flood hazards. You may obtain property insurance and, if required, flood insurance from anyone you want that is acceptable to Creditor.

**Filing Fee:** $ **200.00** (e)

"e" means estimate

See your contract documents for any additional information about non-payment, default, any required payment in full before the scheduled date, and any prepayment refunds.

☐ all dates and numerical disclosures except the late payments disclosures are estimates

*Exhibit "A"*

August 28, 2007        10:22:12        Index = 5.2000        Margin= 2.750

After recording please return to:
INDYMAC BANK, F.S.B., C/O DOCUMENT MANAGEMENT
[Company Name]


[Name of Natural Person]
BLDG B, 901 E 104TH ST, SUITE 400/500

[Street Address]
KANSAS CITY, MO 64131

[City, State Zip Code]

_____ [Space Above This Line For Recording Data] _____

# SECURITY DEED

MIN: 100055401277357341

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A)** "Security Instrument" means this document, which is dated August 29, 2007 , together with all Riders to this document.

**(B)** "Borrower" is SIMS M JINKS

. Borrower is the grantor under this Security Instrument.

**(C)** "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the grantee under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

**(D)** "Lender" is INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK

Lender is a Federal Savings Bank organized and existing under the laws of United States of America . Lender's address is 155 NORTH LAKE AVENUE, PASADENA, CA 91101

**(E)** "Note" means the promissory note signed by Borrower and dated August 29, 2007 . The Note states that Borrower owes Lender one hundred twenty four thousand six hundred fifty and NO/100ths Dollars (U.S. $ 124,650.00 ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than September 1, 2037 .

*Exhibit "B"*

Loan No: 127735734
Georgia Security Deed-Single Family-Fannie Mae/Freddie Mac **UNIFORM INSTRUMENT** MERS Modified Form 3011 01/01
—THE COMPLIANCE SOURCE, INC.— Page 1 of 13 14301GA 08/00
www.compliancesource.com © 2000, The Compliance Source, Inc.

# GOOD FAITH ESTIMATE

Loan Number:  127735734                 Date Prepared:  August 16, 2007

Lender:  INDYMAC BANK, F.S.B.

Lender Address:  190 TECHNOLOGY PWY SUITE 100, NORCROSS, GA 30092

Applicants(s):  SIMS MASEL JINKS JR.

Property Address: 3913 COUGAR COURT, ELLENWOOD, GA 30294

Loan Amount: $ 124,650.00                Interest Rate:  9.250 %

Term:  360                                Type of Loan:  ID51LIBP


The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates; the actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A Settlement Statement that you will be receiving at settlement. The HUD-1 or HUD-1A Settlement Statement will show you the actual cost for items paid at settlement.

| HUD-1 or HUD-1A | Item | Amount or Range |
|---|---|---|
| 803 | APPRAISAL FEE | 350.00 |
| 804 | CREDIT REPORT FEE | 35.00 |
| 809 | FUNDING FEE | 760.00 |
| 810 | TAX SERVICE FEE | 75.00 |
| 825 | LOL FLOOD DETERMINATION FEE | 7.00 |
| 832 | BROKER PROCESSING FEE | 450.00 |
| 834 | BROKER APPLICATION FEE | 55.00 |
| 837 | BROKER ADMINISTRATIVE FEE | 325.00 |
| 862 | BROKER ORIGINATION FEE | 623.25 |
| 866 | BROKER FEE | 623.25 |
| 901 | Prepaid Interest(9.250%) 09/15/2007-10/01/2007 @ $4.0038/day | 64.06 |
| 903 | HAZARD INSURANCE PREMIUM | 373.95 |
| 1101 | ESCROW/CLOSING AGENT FEE | 500.00 |
| 1102 | TITLE SEARCH/ABSTRACT FEE | 150.00 |
| 1103 | TITLE EXAM/SURVEY FEE | 140.00 |
| 1105 | DOCUMENT PREPARATION FEE | 50.00 |
| 1106 | NOTARY FEE | 30.00 |
| 1108 | TITLE POLICY PREMIUM FEE | 322.72 |
| 1114 | TITLE ENDORSEMENTS FEE | 150.00 |

Exhibit "C"

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your lender, if your application is to purchase residential real property and your lender will take a first lien on the property.

See attached Fee Exhibit to Good Faith Estimate

Aug 04 07 03:24p    J. Michalle Farrakhan          7709313900              p.4

## metrobrokers
## GMAC
## Real Estate

# PURCHASE AND SALE AGREEMENT

Offer Date: _____ August ____ 2nd, ____ 2007 ____

Georgia
Association
of REALTORS

2007 Printing

1. **Purchase and Sale.** The undersigned buyer ("Buyer") agrees to buy and the undersigned seller ("Seller") agrees to sell all that tract or parcel of land, with such improvements as are located thereon, described as follows: All that tract of land lying and being in Land Lot ____ 001 ____ of the ____ 15 ____ District, ____ Section of ____ DeKalb ____ County, Georgia, and being known as Address ____ 1911 Cougar Ct. ____ City ____ Ellenwood ____ Georgia, Zip Code ____ 30294 ____ according to the present system of numbering in and around this area, being more particularly described as Lot ____ 246 ____ Block ____ 01 ____ Unit ____ Phase/Section ____ of ____ Panthersville Estate ____ Subdivision, as recorded in Plat Book ____ 14785 ____ Page ____ 335 ____ DeKalb ____ County, Georgia records, together with all fixtures, landscaping, improvements, and appurtenances (hereinafter collectively referred to as "Property.") The full legal description of the same as is recorded with the Clerk of the Superior Court of the county in which Property is located and is incorporated herein by reference.

2. **Purchase Price.** At the closing Buyer agrees to pay Seller the purchase price of the Property in cash, cashiers check, money order, certified check or wire transfer of immediately available funds of: $ ____ 138,500.00 ____
____ One Hundred Thirty-Eight Thousand Five Hundred ____ U.S. Dollars.

3. **Amount and Deposit of Earnest Money.** Buyer has paid to ____ Great Atlanta Realty ____ ("Holder") earnest money of $ ____ 500.00 ____ check, OR $ ____ cash, which has been received by Holder. The earnest money shall be deposited in Holder's escrow/trust account (with Holder retaining the interest if the account is interest bearing) within 5 banking days from the Binding Agreement Date. If Buyer writes a check for earnest money and the same is deposited into Holder's escrow/trust account, Holder shall not be required to return the earnest money until the check has cleared the account on which the check was written. In the event any earnest money check is dishonored by the bank upon which it is drawn, Holder shall promptly give notice of the same to Buyer and Seller. Buyer shall have 3 banking days after receiving such notice to deliver good funds to Holder. In the event Buyer does not timely deliver good funds, Seller shall have the right to terminate this Agreement upon notice to Buyer.

4. **Date of Closing and Transfer of Possession.** This transaction shall be closed on the ____ 17th ____ day of ____ August ____ 20 07 or on such other date as may be agreed to in writing by the parties. In the event Seller fails to satisfy valid title objections or the closing attorney or Buyer's mortgage lender (including in "all cash" transactions) fail to timely complete their respective obligations, then Buyer or Seller, may by unilateral notice to the other party (which notice must be received on or before the closing date) extend the closing date for 7 days or such shorter period as may be agreed to by the parties in writing. The exercise of this right by either party shall cause the unilateral right to extend the closing date to terminate and no longer be a part of this Agreement. Buyer agrees to allow Seller to retain possession of Property until and through: [Select section A, B or C below. The section/s not marked are not a part of this Agreement.]
☐ A. the closing; or ☐ B. ____ hours after the closing; or ☒ C. ____ 3 ____ days after the closing at ____ 2 ____ o'clock ____ pm.

5. **Seller's Contributions at Closing.** Seller shall, at the time of closing, contribute a sum not to exceed $ ____ 4,050.00 ____ to be used by Buyer to pay for: a) the preparation of the warranty deed and owner's affidavit by the closing attorney; and b) at Buyer's discretion any of the following (if allowed by the lender): closing costs, prepaid items, escrow establishment charges, loan discount points, survey costs, and insurance premiums (including flood insurance, if applicable) relating to Property and/or Loan(s). Buyer shall pay all other costs, fees, and amounts for the above referenced items and to fulfill lender requirements or otherwise close this transaction.

6. **Method of Payment.** Buyer warrants that Buyer will have sufficient cash at closing, which when combined with the loan(s), if any, described below ("Loan(s)"), will allow Buyer to complete the purchase of Property. Buyer does not need to sell or lease other real property in order to complete the purchase of Property. The method of payment for the Property is as follows: [Select section A, B or C below. The sections not marked shall not be a part of this Agreement.]

☐ A. Purchase Subject to Loan Being Assumed: See Exhibit ____
☐ B. All Cash at Closing: Buyer's obligation to close shall not be subject to Buyer having the ability to obtain any Loan(s).
☒ C. Purchase Subject to Limited Financing Contingency: Buyer shall have ____ 10 ____ days from the Binding Agreement Date ("Financing Contingency Period") to determine if Buyer has the ability to obtain the Loan(s) described below: [Select 1 or 1 and 2 below. Any box not checked shall not be a part of this Agreement.]

☒ 1. First Mortgage (promissory note secured by first priority security deed)
   a. Loan Amount: ____ 95 ____ percent (%) of the purchase price of Property
   b. Term: ____ 30 ____ years
   c. Interest rate at par of ____ 6.25 ____ percent (%) per annum (or initial interest rate if interest rate adjusts)
   d. Loan Type: ☒ Conventional ☐ FHA (see exhibit) ☐ VA (see exhibit)
   e. Rate Type: ☒ Fixed Rate Mortgage ☐ Adjustable Rate Mortgage ☐ Interest Only Mortgage
   f. Source of Loan: ☒ Institutional Lender ☐ Seller (see Exhibit ____) ☐ Other ____

*Exhibit ____ D ____*

Copyright© 2007 by Georgia Association of REALTORS®, Inc.        F20, Purchase and Sale Agreement, Page 1 of 7 revised 01/00/07

Aug 04 07 03:30p    J. Michalle Farrakhan        7709313900              P.10

**SPECIAL STIPULATIONS:** The following Special Stipulations, if conflicting with any exhibit, addendum, or preceding paragraph (including any changes thereto made by the parties), shall control.

*Seller shall pay $1,000 to contractor of buyer's choice for any repairs needed on property (yes) sw: 8-5-07*

*K. B.*

☐ Mark box if additional Special Stipulations are attached.

**Time Limit:** The terms of this Agreement shall constitute an offer ("Offer") which shall be open for acceptance until ___1___ o'clock ___p___ m. on the ___3__ day of ___A_____ 20 _07_   *Extend Timelimit to Aug, 2* (yes) sw:   *K. B.*

**Acceptance:** This Offer is hereby accepted, without change, at __12__ o'clock __P__ m. on the __1__ day of ___August___ 20 _07_  (yes) sw: K. B.

_____      *Keith Berry*
**Buyer's Signature**              **Seller's Signature**

Jim M. Jinks, Jr.               *Keith B. Berry*
**Print or Type Name**             **Print or Type Name**

_____      _____
**Buyer's Signature**              **Seller's Signature**

_____      _____
**Print or Type Name**             **Print or Type Name**

Great Atlanta Realty            Metro Brokers GMAC
**Selling Broker**                 **Listing Broker**

By: _____      By: _____
**Broker or Broker's Affiliated Licensee**   **Broker or Broker's Affiliated Licensee**

J. Michalle Farrakhan           Anthony E. Truitt
**Print or Type Name**             **Print or Type Name**

GRE101     E-13917              mthr03     h-6179
**MLS Office Code**  **Brokerage Firm License Number**   **MLS Office Code**  **Brokerage Firm License Number**

Multiple Listing Number: 2161787

**Selling Broker/Licensee Contact Information:**   **Listing Broker/Licensee Contact Information:**

Phone#: 678-353-7182           Phone#: 404-843-2500

Fax#: 770-613-48-34            Fax#: 404-588-5560

E-Mail: mfarrakhan@bellsouth.net   E-Mail: anthony.truitt@metrobrokers.com

721412                         216387
**Selling Agent's Georgia Real Estate License Number**   **Listing Agent's Georgia Real Estate License Number**

**Binding Agreement Date:** The Binding Agreement Date in this transaction is the __5__ day of ___A____ 20 _07_ and has been filed in by _____

Copyright 2007 by Georgia Association of REALTORS®, Inc.   F20, Purchase and Sale Agreement, Page 7 of 7 Revised 01/01/07

*Exhibit "E"*

# TRUTH IN LENDING DISCLOSURE STATEMENT

**DATE:** August 16, 2007    **LOAN #:** 127735734

**CREDITOR:** INDYMAC BANK, F.S.B.

**NAME OF BORROWER(S):** SIMS MASEL JINKS JR.

**MAILING ADDRESS:** 4770 THOMPSON MILL RD   LIVE WITH FA, LITHONIA, GA 30038

**PROPERTY ADDRESS:** 3913 COUGAR COURT, ELLENWOOD, GA 30294

| ANNUAL PERCENTAGE RATE The cost of your credit at a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | AMOUNT FINANCED The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| e   9.486% | $ e   227,995.92 | $ e   120,637.49 | $ e   348,633.41 |

**Your payment schedule will be:** monthly, as follows

**Construction Loan:** ☐ If checked, this loan provides for interest-only payments during the construction period. Beginning ____, you will make periodic interest-only payments during the construction period, followed by payments of principal and interest as scheduled below

| Number of Payments | Amount of Payments | When Payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| 60 | 1,105.44 | 11/01/2007 | | | | | | |
| 60 | 1,004.19 | 11/01/2012 | | | | | | |
| 12 | 944.99 | 11/01/2017 | | | | | | |
| 227 | 924.21 | 11/01/2018 | | | | | | |
| 1 | 920.06 | 10/01/2037 | | | | | | |

**Demand Feature:** ☒ This loan does not have a Demand Feature. ☐ This loan has a Demand Feature.

**Variable Rate:** ☒ If checked, this loan contains a variable rate feature. Disclosures about the variable rate feature were provided to you earlier.

**Assumption:** Someone buying your property ☐ cannot, unless otherwise provided by federal law, ☒ may, subject to conditions, be allowed to assume the remainder of the loan on the original terms.

**Security:** You are giving a security interest in the property located at: 3913 COUGAR COURT, ELLENWOOD, GA 30294
You are giving a security interest in: **The Property Being Purchased.**

**Late Charge:** If a payment is not received by the end of 15 days after the date it is due, you will be charged 5.00 % of the overdue payment.

**Prepayment:** If you pay this loan early you ☐ may ☒ will not have to pay a penalty. If you pay off an FHA insured loan, on a date other than the regular installment date, you may be assessed interest charges until the end of the month. You ☐ may be or ☒ will not be entitled to a refund of part of the finance charge.

**Deposit:** ☐ If checked, the annual percentage rate does not take into account your required deposit.

**Property Insurance:** Property insurance is required on this loan. Flood insurance may be required if the property is located in a area designated as an area having special flood hazards. You may obtain property insurance and, if required, flood insurance from anyone you want that is acceptable to Creditor.

**Filing Fee:** $ 200.00 (e)

"e" means estimate

See your contract documents for any additional information about non-payment, default, any required payment in full before the scheduled date, and any prepayment refunds.

☒ all dates and numerical disclosures except the late payments disclosures are estimates

Truth in Lending Disclosure Statement (Multistate)
IndyMac Bank, F.S.B.

Page 1 of 2

*Exhibit F*

82001MU 01/07

August 16, 2007    10:45:21    Index = 5.2080    Margin = 2.750

CitiMortgage



www.citimortgage.com

03/31/14

85333 OO5887
SIMS M JINKS
2437 HILLSIDE AVE
DECATUR GA   3OO32-4127

RE:  CitiMortgage Loan #: 0770809005

Dear CitiMortgage Customer(s):

Thank you for your recent inquiry concerning your mortgage loan. We
are writing to advise you that as of 03/31/14 a Cease & Desist request
has been placed on your account and you will no longer receive verbal
or written collection attempts.

To remove a Cease & Desist request please send your request in writing
to the address below.

    CitiMortgage, Inc.
    Attn: Consumer Default
    1000 Technology Dr. MS 514
    O'Fallon, MO 63368-2240

    Fax: 866-347-6102

If you would like to discuss options for assistance, or to hear about
workout options that may be available, please contact our Homeowner's
Assistance Team at 1-866-272-4749* Monday - Friday 8:00am to 12:00
Midnight ET and Saturday to Sunday 8:00am to 8:00pm. When you contact
us please refer to your mortgage account number 0770809005. Thank you.

In accordance with federal law, CitiMortgage has designated the
following address where you can send a written request for
information, a written notice of error, or a qualified written
request:

CitiMortgage, Inc.
Attn: Customer Research Team
P.O. Box 10002
Hagerstown, MD 21747-0002

Sincerely,

CitiMortgage, Inc.

*CALLS ARE RANDOMLY MONITORED AND RECORDED TO ENSURE QUALITY SERVICE.

Hours of operation provided reflect general hours for the Homeowner
Support Specialist unit.

140331BO006725

*Exhibit "I"*

671-3060-0114F

©2014 CitiMortgage, Inc. CitiMortgage, Inc. is an equal housing lender.  *Calls are randomly monitored for quality assurance. CitiMortgage is a debt collector and any information obtained will be used for that purpose.

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. 14-12306

Sims Jinks _____ vs. OneWest Bank, FSB, et al. _____

The Clerk will enter my appearance for these named parties: McCalla Raymer, LLC _____

In this court these parties are: ☐ appellant(s)   ☐ petitioner(s)   ☐ intervenor(s)

☒ appellee(s)   ☐ respondent(s)   ☐ amicus curiae

☐   The following related or similar cases are pending on the docket of this court:

☒   Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: Georgia _____   State Bar No.: 313040 _____

Signature: ___ /s/ Steven J. Flynn _____

Name (type or print): Steven J. Flynn _____   Phone: 678-281-6440 _____

Firm/Govt. Office: McCalla Raymer, LLC _____   E-mail: sjf@mccallaraymer.com _____

Street Address: 900 Holcomb Woods Parkway _____   Fax: 678-281-6440 _____

City: Roswell _____   State: GA _____   Zip: 30076 _____

12/07

Exhibit "J"

**BORROWER COPY**

LAW OFFICES
# MCCALLA RAYMER, LLC
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076

TELEPHONE  (770) 643-2148
TELEFAX:  (770) 643-4062
1-800-845-8633
June 16, 2014

Sims M Jinks, Jr.
Sims M Jinks
3913 Cougar Court
Ellenwood, GA 30294

RE:   NOTICE OF FORECLOSURE SALE - Security Deed - OneWest Bank, FSB vs. Sims M Jinks,
Jr.

| | |
|---|---|
| Servicing Lender's #: | 1010418745 |
| Our File #: | 5665513-FT8 |
| Original Borrower: | Sims M Jinks, Jr. |
| Current Borrower: | Sims M Jinks, Jr. |
| Property: | 3913 Cougar Court |
| | Ellenwood, Georgia  30294 |
| | DeKalb County, Georgia |
| PMI Certificate No.: | 0127735734 |

Dear Borrower:

By letter dated June 10, 2014 (the "Initial Communication Letter") we notified you that the above-referenced loan had been referred to this law firm for handling.  That letter also advised you of certain rights (the "Borrowers Rights"- which include your right to validate the debt) you could exercise within 30 days of your receipt of the Initial Communication Letter.  Nothing in this letter will prevent you from exercising the Borrower's Rights as explained in the Initial Communication Letter.

Please be advised that if you are not obligated on this loan, or if you have received a discharge in a bankruptcy case where your personal liability on this loan was extinguished, then any action we take would be limited to the foreclosure of the above referenced property.  If you are currently under bankruptcy protection, please fax your bankruptcy case information to us at (888) 371-4980.

The entire amount of the outstanding balance of principal and interest owed on the loan and any other authorized charges are now due and payable.  Additionally, the terms of your note call for the addition of attorneys' fees to the debt in case of collection by or through an attorney.  Georgia law (O.C.G.A. Section 13-1-11) requires that you be allowed ten (10) days from your receipt of this letter to pay the entire amount owed without having to pay attorneys' fees.  After that time the full attorneys' fees allowed by Georgia law may be


**THIS IS AN ATTEMPT TO COLLECT A DEBT.    ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

*Exhibit "K"*

## IN THE SUPERIOR COURT OF DEKALB
## STATE OF GEORGIA

SIMS M. JINKS pro-se'                      )
    Plaintiff,                          )
                                       )    CIVIL ACTION NO: *14CV7986-1*
    VS.                                )
                                       )
                                       )
ONEWEST BANK  FSB, et al.,                 )
ACCREDIT HOME LENDERS, INC. et al.         )
McCALLA RAYMER LLC;                        )
INDYMAC MORTGAGE SERVICES,                 )
A DIVISION OF ONEWEST BANK,                )
FSB; FEDERAL DEPOSIT INSURANCE             )
CORPORATION; AND MORTGAGE                  )
ELECTRONIC REGISTRATION SYSTEMS, INC.,     )
J. Michalle Farrakhan , et. al.            )
Anthony E. Truitt , et al.                 )

    Defendants

---

### CERTIFICATE OF SERVICE

    I Sims M. Jinks certify that on the _12th_ day of August 2014, I served a True and correct copy of **COMPLAINT FOR PERMANENT INJUNCTION FOR CEASE AND DESIST ANY AND ALL FORECLOSURE AND COLLECTION ACTIVITYIN ANY AND EVERY FORM, INCLUDING REPORTING ANY PAYMENT ACTIVITIES AND OTHER EQUITABLE RELIEF** to IN THE SUPERIOR COURT OF DEKALB COUNTY CLERK OF COURT OFFICE **IN THE SUPERIOR COURT OF DEKALB STATE OF GEORGIA** by hand delivering to said address place stated.

DEKALB COUNTY COURTHOUSE
556 N. McDONOUGH STREET
DECATUR, GEORGIA 30032

Also a copy of foregoing matter to:


IndyMac Bank, F.S.B.
190 Technology PWY Suite 100
Norcross, GA 30092

IndyMac Mortgage Services
6900 Beatrice Drive
Kalamazoo, MI 49009

CitiMortgage, Inc.
1000 Technology Dr. MS 514
O'Fallon, MO 63368-2240

One West Bank FSB, et al.
Steven J. Flynn Georgia Bar No: 313040
900 Holcomb Woods Parkway
Roswell, Georgia 30076

One West Bank FSB, et al.
Federal Deposit Insurance Corporation
Michelle Ognibene DC Bar No: 978286
3501 Fairfax Drive, VS-7144
Arlington, VA 22226

Attorney  McCalla Raymer LLC
1544 Old Alabama Road
Roswell, Georgia 30076


Mortgage  Electronic  Registration Systems, Inc.
1818 Library Street Suite 300
Reston, VA 20190

Accredit Home Lenders, Inc.

15090 Avenue of Science
San Diego, CA 9212
J. Michalle Farrakhan , et. al.
Great Atlanta Realty
3473 Satellite Blvd.


Duluth, Ga. 30096
Anthony E. Truitt , et al.
Metro Broker GMAC
Atlanta, Ga.




Also a copy of foregoing matter to:



    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING
IS TRUE AND CORRECT.

Executed on July18, 2014



Sims M. Jinks pro-se'
3913 Cougar Court
Ellenwood, Georgia 30294

# Non-DOMESTIC GENERAL CIVIL
# FILING INFORMATION FORM

**Superior Court of DeKalb County, State of Georgia**

FILED

OFFICE USE

2014 AUG 12 PM 2:02

CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

CASE # 14CV7986    Division 21

Sims M. Jinks

OneWest Bank FSB, et al.
Accredit Home Lenders Inc, et al
McCalla Raymer LLC

IndyMac Mortgage Service

Federal Deposit Insurance
J. Michalle Farrakhan, et al
Anthony E. Tevitt, et al

**Attorney For Plaintiff**
Name Sims M. Jink
Address 3913 Colquar Court
Ellenwood, Georgia 30294
Phone (678) 777-8572
Bar No. _____

**Attorney For Defendant**
Name One West Bank FSB
Address 900 Holcomb Woods Parkway
Roswell, Georgia 30076
Phone (____) _____
Bar No. _____

**CHECK PRIMARY TYPE (check one only)**
- ☐ Contract/Account
- ☐ Wills/Estate
- ☑ Real Property
- ☐ Dispossessory/Distress
- ☐ Personal Property
- ☐ Equity
- ☐ Habeas Corpus
- ☐ Appeals, Reviews
- ☐ Post Judgment Garnishment, Attachments or Other Relief
- ☐ Non-Domestic Contempt
- ☐ Tort (if tort, fill in right column)
- ☐ Name Change
- ☐ Foreign Judgement
- ☐ Other General Civil, Specify _____
  _____

**IF TORT CHECK CASE TYPE**

**(Check no more than two)**
- ☐ Auto Accident
- ☐ Premises Liability
- ☐ Medical Malpractice
- ☐ Other Professional Negligence
- ☐ Product Liability
- ☐ Other, Specify
  _____
  _____

Are Punitive Damages Pleaded?  ☐ Yes ☐ No

**ORIGIN**
- ☐ Original Proceeding  ☐ Removal from Lower Court
- ☐ Reinstated or Reopened  ☐ Transferred From

**RELATED CASE(S)** (if any) Judge _____    Case No. 13CV10560-1

☐ Check one: Same issue of fact or grows out of same transaction.    ☐ Companion Case

Sims M. Jinks
Signature of Attorney

8-12-14
Date

White copy - file, yellow copy - Law Clerk, Pink copy - State

Revised 3-21-01